```
KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/2/06*

| | |
|---|---|
| LIANG WANG, | ) |
| Plaintiff, | ) No. C 06-3301 RMW |
| v. | ) |
| ALBERTO GONZALES, U.S. Attorney General; DAVID STILL, District Director U.S. Citizenship and Immigration Services San Francisco District Office, | ) **STIPULATION TO DISMISS; AND** ) **[] ORDER** |
| Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application.

    Each of the parties shall bear their own costs and fees.

Date: July 14, 2006          Respectfully submitted,

KEVIN V. RYAN
United States Attorney


_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Stipulation to Dismiss
C 06-3301 RMW

1
2  Date: July 11, 2006                              /s/
                                                  XIN MICHELLE SHAO
3                                                 Attorney for Plaintiff

4                                    **ORDER**

5     Pursuant to stipulation, IT IS SO ORDERED.

6
7  Date:  8/2/06                                   /s/ Ronald M. Whyte
                                                  RONALD M. WHYTE
                                                  United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Dismiss
C 06-3301 RMW